**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**MICHAEL RHAMBO,**

**Plaintiff,**

**vs.**

**EDWARD G. REY, AS TRUSTEE OF THE EDWARD AND DONNA REY 2000 LIVING TRUST; and DOES 1 to 10,**

**Defendants.**

**Case No.: 2:26-cv-05853-AH-RAOx**

Assigned to Judge Anne Hwang

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [19] [JS-6]**

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: SEPTEMBER 2, 2026

Anne Hwang,
United States District Judge